No. 01–8796. WESTINE *v.* STEPP, WARDEN. C. A. 7th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 983] denied.

No. 01–9423. TAYLOR *v.* PEARL CRUISES ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 24, 2002, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 01–10019. IN RE BERRY. Petition for writ of habeas corpus denied.

No. 01–9426. IN RE WELLS. Petition for writ of mandamus denied.

No. 01–9372. IN RE ROBERTSON; and
No. 01–9499. IN RE OTIS. Petitions for writs of mandamus and/or prohibition denied.

No. 01–1289. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. *v.* CAMPBELL ET UX. Sup. Ct. Utah. Certiorari granted.

No. 01–1444. CHAVEZ *v.* MARTINEZ. C. A. 9th Cir. Certiorari granted.

No. 01–1375. UNITED STATES *v.* NAVAJO NATION. C. A. Fed. Cir. Certiorari granted, and case set for oral argument in tandem with No. 01–1067, *United States* v. *White Mountain Apache Tribe* [certiorari granted, *ante*, p. 1016].

No. 01–1104. HANSEN *v.* UNITED STATES; and
No. 01–1112. HANSEN ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.